58 F.2d 1085 (1932)
THIRD NATIONAL BANK & TRUST COMPANY OF SPRINGFIELD et al., Executors,
v.
Thomas W. WHITE, Collector.
No. 2674.
Circuit Court of Appeals, First Circuit.
April 20, 1932.
Harold P. Small, of Springfield, Mass., for appellants.
*1086 J. Duke Smith, Sp. Asst. to U. S. Atty. (Frederick H. Tarr, U. S. Atty., on the brief), for appellee.
Before BINGHAM, ANDERSON, and WILSON, Circuit Judges.
PER CURIAM.
The judgment of the District Court [45 F.(2d) 911] was affirmed from the bench without opinion.